# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 31, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156430(62)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KELLI MARIE WORTH-McBRIDE,
      Defendant-Appellant.

_____/

SC: 156430
COA: 331602
Wayne CC: 13-000575-FC

On order of the Chief Justice, the motion to extend the time for filing the plaintiff-appellee's supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before September 27, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 31, 2018



Clerk